IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| QUENTIN BRUCE WHITEMAN III | Violation:  18 U.S.C. §§ 113(a)(6) and 1153 |

**Assault Resulting in Serious Bodily Injury**

The Grand Jury Charges:

On or about January 3, 2026, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

QUENTIN BRUCE WHITEMAN III,

an Indian, assaulted J.R.L., an Indian, which resulted in serious bodily injury to J.R.L.;

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

SLS/th